**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADAM EHRLICH,** *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-4366** |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of May, 2026 upon consideration of City Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF 11), Plaintiffs' response in opposition, and City Defendants' reply, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The Motion is GRANTED as to Count IX to the extent Count IX asserts a substantive due process claim against the City Defendants. Count IX is DISMISSED.

2. The Motion is GRANTED as to all claims against Mayor Cherelle L. Parker and former Mayor James F. Kenney in their individual capacities. Those claims are DISMISSED.

3. Plaintiffs may file an amended complaint within fourteen days of this Order if they can allege facts curing the deficiencies identified in the accompanying Memorandum.

BY THE COURT:

_____

HON. MIA R. PEREZ