**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADAM EHRLICH, *et al.*,**<br>Plaintiffs,<br>**v.**<br>**CITY OF PHILADELPHIA, *et al.*,**<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 25-4366** |

**ORDER**

AND NOW, this 23rd day of November, 2026, upon consideration of the Motion to Dismiss the First Amended Complaint filed by Defendants Mayor Cherelle Parker and former Mayor James Kenney (ECF No. 19), and any responses thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The Motion is GRANTED as to Count VIII (Violation of Procedural Due Process) against Mayor Parker. Count VIII is DISMISSED WITH PREJUDICE as to Mayor Parker.

2. The Motion is DENIED as to Count VIII against former Mayor Kenney.

3. The Motion is GRANTED as to Count IX (Conspiracy to Deprive Civil Rights) against Mayor Parker. Count IX is DISMISSED WITH PREJUDICE as to Mayor Parker.

4. The Motion is GRANTED as to Count IX against former Mayor Kenney. Count IX is DISMISSED WITHOUT PREJUDICE as to former Mayor Kenney.

BY THE COURT:

HON. MIA R. PEREZ